UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
Jeffrey Lynn Edgell and ) Case No. 09-82292C-7D
Edith Sellers Edgell, )
)
Debtors. )
)

ORDER

This case came before the court on June 10, 2010, for consideration of a reaffirmation agreement between the female Debtor and SunTrust Bank. The Debtors appeared, along with their attorney, Koury Hicks, and renewed their request that the reaffirmation agreement be approved. Having conducted a hearing pursuant to section 524(d) of the Bankruptcy Code, the court concludes that the reaffirmation agreement is an undue hardship on the female Debtor and not in her best interest and therefore, should be disapproved and adjudged to be unenforceable, it appearing that the value of the motor vehicle referred to in the agreement is substantially less than the amount of the indebtedness referred to in the agreement.

IT IS SO ORDERED.

This 10th day of June, 2010.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST

Jeffrey Lynn Edgell
Edith Sellers Edgell
319 Autumn Drive
Roxboro, NC 27574

Edward C. Boltz, Esq.
6616-203 Six Forks Road
Raleigh, NC 27616

SunTrust Bank
P.O. Box 85092
Richmond, VA 23285-5092

Michael D. West, Bankruptcy Administrator